# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**SHIRLEY A. BRITTON,**

        Plaintiff,

    V.        CASE NUMBER: **05-C-1232**

**JO ANNE BARNHART**
**Commissioner of Social Security Administration,**

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the decision of the Commissioner of the Social Security Administration that plaintiff is not disabled is AFFIRMED. This case is hereby DISMISSED.**

    **January 30, 2007**                **JON W. SANFILIPPO**
Date                                                                  Clerk

                                                                               s/ Linda M. Zik
                                                                               (By) Deputy Clerk